Territorial Law Library

## IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM,                )    CRIMINAL CASE NO. CF0401-05
                                    )
                    Plaintiff,      )
                                    )
            vs.                     )
                                    )    **DECISION AND ORDER**
JOHN A. RIOS and                    )
CARL T.C. GUTIERREZ,                )
                                    )
                    Defendants.     )
_____ )

## INTRODUCTION

This matter comes before the Court after the Supreme Court of Guam affirmed this Court's May and June 2010 Decisions and Orders and remanded the case for the limited purpose of characterizing the dismissals affirmed "with prejudice" or "without prejudice." John A. Rios ("Mr. Rios") is represented by Attorney Michael F. Phillips. Carl T.C. Gutierrez ("Mr. Gutierrez") is represented by Attorney F. Randall Cunliffe. The Government of Guam ("Government") is represented by Assistant Attorney General Marianne Woloschuk. The Court now issues the following decision and order dismissing the case with prejudice.

## BACKGROUND

On March 7, 2011, the Supreme Court issued a formal Opinion and Judgment affirming this Court's May and June 2010 Decisions and Orders dismissing all the remaining charges in the second indictment. In that Opinion, the Supreme Court remanded this case for the limited purpose of properly characterizing the dismissals affirmed "with prejudice" or "without prejudice." The Supreme Court issued its Mandate on March 29, 2011.

*People v. Rios*
Decision & Order
Criminal Case No. CF0401-05

On June 16, 2011, this Court issued an Order asking the parties to submit Memoranda on whether the dismissals should be entered "with prejudice" or "without prejudice." Mr. Gutierrez filed People's Memorandum Re Dismissal With or Without Prejudice on June 28, 2011. Mr. Rios filed Defendant Rios' Joinder in Defendant Gutierrez's Memorandum Re: Dismissal With Prejudice or Without Prejudice on June 28, 2011. The Government filed People's Memorandum Re Dismissal With or Without Prejudice on June 28, 2011.

On February 28, 2012, the Court asked the Government to supply facts supporting its assertion that the statute of limitations has run. The Government filed People's Memorandum Re Statute of Limitations on March 13, 2012. Mr. Gutierrez filed Defendant Gutierrez's Response to People's Memorandum Re: Statute of Limitations on March 15, 2012. Mr. Rios filed Defendant John A. Rios Joinder in Defendant Carl T.C. Gutierrez Response to People's Memorandum Re: Statute of Limitations on March 27, 2012.

## DISCUSSION

When a case "involves a statutory bar to re-prosecution, a showing of prejudice or any other factors which support dismissal with prejudice are unnecessary." *People of Guam v. Palomo*, 1998 Guam 12 ¶ 17, n.8.

The Government contends it is immaterial whether the Court dismisses this matter with or without prejudice, because the statute of limitations has run. Mr. Rios and Mr. Gutierrez agree that the statute of limitations has expired, and the Government cannot proceed against them even if the Court were to enter a dismissal without prejudice.

Although this Court's May and June 2010 Decisions and Orders did not indicate whether the dismissals were dismissed with or without prejudice, the dismissals had that effect since the Government contends that the statute of limitations has run and Mr. Rios and Mr. Gutierrez

agree. Based on the parties' Memoranda, the Court accepts that the statute of limitations has run and dismisses this action with prejudice. Therefore, the Government is unable to reinstitute a prosecution against Mr. Rios and Mr. Gutierrez.

## CONCLUSION

The dismissals, which were affirmed by the Supreme Court, are **DISMISSED WITH PREJUDICE**.

MAR 30 2012

SO ORDERED: _____.

_____
**Richard H. Benson**
**Judge *Pro Tempore***
**Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

MAR 3 0 2012

Dominic M. Nego
Deputy Clerk Superior Court of Guam

*People v. Rios*
Decision & Order
Criminal Case No. CF0401-05